UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: AKSM Holdings, Inc.     Case No. 09-51148
Debtor     Chapter 11

**EMERGENCY MOTION FOR AN INTERIM
ORDER AUTHORIZING USE OF CASH COLLATERAL**

Debtor, AKSM Holdings, Inc., a/k/a ViWinTech, Inc., moves for an interim order authorizing the use of cash collateral, and for its reasons states:

1. Debtor filed a Chapter 11 bankruptcy petition on October 1, 2009. Debtor is a locally owned Paducah, Kentucky, manufacturing company which produces windows for the construction industry (residential and commercial). The debtor employs approximately 140 people in Paducah.

2. National City Bank of Louisville is the debtor's secured creditor which has provided debtor with line of credit financing. Upon information and belief, the total debt owed to National City Bank is as follows:

    (a) Line of Credit: $1,800,000.00

    (b) Term loan secured by real estate: $375,000.00

3. These loans are cross-collateralized by the following collateral with recently appraised fair market value where appropriate:

    (a) Line of Credit:

| | | |
|---|---|---|
| (i) | Accounts receivables | $250,000.00(e) |
| (ii) | Machinery and equipment | $1,160,535.00 (forced liquidation value per bank's appraisal) |
| (iii) | Personal guarantees of owners | $750,000.00 |
| (b) | Term Note: Building appraised at | $475,000.00 |

4. Debtor intends to remain in business and reorganize to continue as a going concern. Several checks to vendors and employees are currently outstanding and have been drawn on the debtor's National City Bank account. Rejection of these checks would cause considerable damage to debtor and its employees.

5. The use of National City's line of credit by the debtor is essential for the debtor's continued operations. The debtor currently has no alternative borrowing source and to remain in business, the debtor must be permitted to use the cash proceeds described herein to pay general operating overhead and administrative expenses.

6. National City Bank is fully secured, with little risk of loss.

7. Debtor formerly had all receivables paid to its National City Bank account. Bankruptcy rules require debtor to open a separate bank account for all business transactions.

8. National City Bank should be required to honor all of debtor's outstanding checks dated September 30, 2009 or before and continue its credit relationship with debtor for ninety (90) days from the date of this order. National City Bank should provide debtor with a line of credit in the amount of $1,900,000.00 (current arrangement) and should maintain this relationship for ninety (90) days from the date of the Court's order approving same. In the interim, the debtor and bank will, in good faith, seek to negotiate a longer term agreement.

9. Debtor requests that National City Bank refrain from seeking collection of the personal guarantee which was made by the officers and directors of debtor during the effective period of the Court's order.

WHEREFORE, debtor prays that the Court enter the debtor's tendered order for interim use of cash collateral and grant debtor all other relief to which it may appear to be entitled.

        WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
        Attorneys for Debtor

        BY /s/ Mark C. Whitlow
          Mark C. Whitlow
          mwhitlow@whitlow-law.com
          P.O. Box 995
          Paducah, KY 42002-0995
          270-443-4516

**NOTICE OF ELECTRONIC FILING**
**AND CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009, I electronically filed the foregoing with the Clerk of the Court, and will send a copy to those parties not receiving electronic notice.

        BY /s/ Mark C. Whitlow
          Mark C. Whitlow