UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: AKSM Holding, Inc.
f/k/a Aluma Kraft, Inc.
Debtor

Case No. 09-51148
Chapter 11

**APPLICATION TO EMPLOY ATTORNEY
AND DISCLOSURE UNDER 11 U.S.C. § 329(a)**

The Applicant, as debtor-in-possession, respectfully represents:

1. The debtor has filed a petition herein seeking relief under Chapter 11 of the United States Bankruptcy Court.

2. The debtor is a corporation known as AKSM Holding, Inc., f/k/a Aluma Kraft, Inc.

3. The debtor wishes to employ Mark C. Whitlow, Attorney, with Whitlow, Roberts, Houston & Straub, PLLC, under a general retainer to render legal advice to the debtor with respect to its powers and duties as debtor-in-possession in the continued operation of the debtor's business operations, and to perform all legal services of the debtor-in-possession which may be necessary in this case. The attorney has been paid the amount of $20,000.00 as a general retainer. Attached hereto as Exhibit "A" is the affidavit of the proposed attorney.

4. The Applicant has selected Mark C. Whitlow, Attorney, with Whitlow, Roberts, Houston & Straub, PLLC, for the reason that he, and the firm, are knowledge as to the debtor's business and property; and are otherwise well qualified to represent the debtor in this case.

5. To the best of Applicant's knowledge and belief, Mark C. Whitlow, Attorney, and the firm of Whitlow, Roberts, Houston & Straub, PLLC have no connection with the debtor, creditors, United States Trustee, or any person employed in the office of the United States Trustee, or any other party in interest, or their respective attorneys.

6. The Applicant wishes to employ this attorney under a general retainer because of the extensive legal services which the Applicant anticipates will be required. Applicant acknowledges and agrees that said attorney shall be compensated at the rate of One Hundred Ninety-Five and 00/100 Dollars ($195.00) per hour for Mark C. Whitlow and further acknowledges that said compensation is fair and reasonable. Paralegal time shall be billed at Ninety-Five and 00/100 Dollars ($95.00) per hour. Other professionals who may provide services on this case are:

> Joe H. Kimmel, Attorney - $195.00 per hour
> Sharlott K. Thompson, Attorney - $175.00 per hour
> Linda J. Huff, Paralegal - $95.00 per hour

Attached hereto as Exhibit "B" are the biographical sketches of the professionals who may provide service on this case.

7. The Applicant has had no previous representation of the debtor within the previous year to the filing of the bankruptcy petition.

WHEREFORE, the Applicant respectfully requests this Honorable Court to authorize the debtor to employ Mark C. Whitlow, Attorney, of Whitlow, Roberts, Houston & Straub,

PLLC, to represent the debtor and debtor-in-possession under a general retainer in this proceeding, nunc pro tunc to the date of the filing of the Chapter 11 petition.

       AKSM HOLDING, INC.
       f/k/a Aluma Kraft, Inc.

       BY /s/ Ronnie Brown
        Ronnie Brown, President
        2400 Irvin Cobb Drive
        Paducah, KY 42001


       WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC

       BY /s/ Mark C. Whitlow
        Mark C. Whitlow
        P.O. Box 995
        Paducah, KY 42002-0995
        270-443-4516