UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE:     AKSM Holdings, Inc.                               Case No. 09-51148
           Debtor                                             Chapter 11

**EMERGENCY MOTION TO PERMIT**
**INSIDER TEMPORARY FINANCING FOR PAYROLL**

Debtor, pursuant to 11 U.S.C. §364(b), moves for an order granting the Narvel D. Brown Trust to loan up to $100,000.00 to debtor to cover payroll and for its reasons states:

1. Debtor filed its Chapter 11 bankruptcy petition on October 1, 2009. It no longer has a line of credit financing agreement with National City Bank to fund payroll.

2. Debtor is unable to obtain finding for this immediate obligation.

3. Debtor requests that the Narvel D. Brown Trust, which is controlled by the principals of the debtor, be authorized to provide debtor with a loan not to exceed $100,000.00, at no interest, to cover debtor's payroll, which is payable Thursday, October 8. This loan may be paid back to the Trust with debtor's funds as they become available within the next thirty (30) days.

WHEREFORE, debtor prays that the Court grant this motion.

          WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
          Attorneys for Debtor

          BY  /s/ Mark C. Whitlow
              Mark C. Whitlow
              mwhitlow@whitlow-law.com
              P.O. Box 995
              Paducah, KY 42002-0995
              270-443-4516

## NOTICE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2009, I electronically filed the foregoing with the Clerk of the Court, and will send a copy to those parties not receiving electronic notice.

BY /s/ Mark C. Whitlow
Mark C. Whitlow