UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: AKSM Holdings, Inc.
          Debtor                         Case No. 09-51148
                                                                   Chapter 11

**EMERGENCY MOTION FOR PERMISSION TO OBTAIN
CREDIT PURSUANT TO 11 U.S.C. §364(c)(3)**

Debtor, AKSM Holdings, Inc., through counsel, moves for an order permitting it to obtain credit pusuant to 11 U.S.C. §364(c)(3) and for its reasons, states:

1. Debtor is a manufacturing company that produces vinyl windows. National City Bank currently provides debtor with financing but is unable to loan additional funds to debtor.

2. Debtor filed its Chapter 11 bankruptcy petition on October 1, 2009. Its current plans are to submit a plan of reorganization and to emerge from bankruptcy as a viable entity. Debtor's business is increasing and it needs additional cash to handle this business.

3. The debtor is not able to obtain credit from any established lender. Pursuant to 11 U.S.C. §364(c)(3), the Court may authorize the obtaining of credit secured by a junior lien on property of the estate if the debtor is unable to obtain such credit otherwise and there is adequate protection of the interest of the holder of the lien on the property of the estate on which such junior lien is proposed to be granted. The debtor also requests that the loaned funds be considered an administrative expense pursuant to 11 U.S.C. §503(b) as allowed by 11 U.S.C. §364(c)(1).

4. Debtor proposes to borrow $650,000.00 from the Norvel Brown Trust ("Trust"), which is a family trust associated with the principal owners of the debtor. The

debtor proposes to grant to Trust a second lien, behind National City Bank, on the following assets of debtor:

    (a)    Debtor's machinery, equipment and fixtures.

    (b)    Debtor's inventory.

    (c)    Debtor's accounts receivables.

    (d)    Warehouse located at 2475 Wayne Sullivan Drive, Paducah, Kentucky.

    (e)    Warehouse located at 2401 Powell Street, Paducah, Kentucky.

The second liens on the above-described property will not adversely affect National City Bank. The Court should order that the granting of the second liens shall not constitute an event of default regarding the National City Bank obligation.

5.    The terms of the loan include the following: interest at the same rate as the rate charged by National City Bank, currently 6.5 percent, but subject to change; repayment of loan as debtor is able or upon demand of Trust, but all principal and interest shall be due and payable by June 1, 2010, unless demanded at an earlier time.

6.    Time is of the essence in that the debtor needs to draw upon this additional cash within the next two weeks in order to fill existing and new orders.

WHEREFORE, debtor prays that the Court enter an order permitting Trust to loan debtor $650,000.00, to be secured by a second lien on the hereinabove described debtor's assets.

                              WHITLOW, ROBERTS, HOUSTON & STRAUB, PLLC
                              Attorneys for Debtor

                              BY  /s/ Mark C. Whitlow
                                  Mark C. Whitlow
                                  mwhitlow@whitlow-law.com
                                  P.O. Box 995
                                  Paducah, KY 42002-0995
                                  270-443-4516

**NOTICE OF ELECTRONIC FILING
AND CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, I electronically filed the foregoing with the Clerk of the Court, and will send a copy to those parties not receiving electronic notice.

BY /s/ Mark C. Whitlow
Mark C. Whitlow