UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: AKSM Holdings, Inc.
        Debtor                                           Case No. 09-51148
                                                                             Chapter 11

**AGREED ORDER PERMITTING DEBTOR TO OBTAIN
CREDIT PURSUANT TO 11 U.S.C. §364(c)(3)
IN THE TOTAL AMOUNT OF $650,000.00**

Upon motion of the debtor to borrow $650,000.00 from the Norvel Brown Irrevocable UAD 5/23/1984, Joretta Brown Trustee ("Trust") and the Court being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The debtor may borrow $650,000.00 (total) from the Trust. This debt will be secured by a second mortgage on two warehouses owned by the debtor located at 2401 Powell Street, Paducah, Kentucky, and 2475 Wayne Sullivan Drive, Paducah, Kentucky. These second mortgages will not be deemed an event of default regarding the first mortgage holder. In addition, the loan from the Trust will be secured by a second lien on the debtor's accounts receivable, inventory, machinery and equipment. However, the Trust's lien will be inferior to any valid existing liens against debtor's property which existed at the time of its bankruptcy petition.

2. The loan from the Trust will bear interest at 5 percent per annum and may be repaid to the Trust after PNC Bank has been paid in full or PNC Bank consents in writing to the repayment of the Trust loan, and the Court has entered an order confirming a Chapter 11 plan and the conditions precedent to the effective date have been satisfied. The

total amount that may be repaid to the Trust shall not exceed $700,000.00, regardless of the time of the loan and any expenses incurred.

This order is effective *nunc pro tunc* to January 21, 2010, when the Court approved the terms of this order.

Entered _____

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: March 2, 2010

AGREED TO:

/s/ Mark C. Whitlow                                          /s/ Reuel Ash
Mark C. Whitlow                                               Reuel Ash
Attorney for Debtor                                           Attorney for Deceuninck

TENDERED BY:

/s/ Mark C. Whitlow
Mark C. Whitlow, Esq.
Whitlow, Roberts, Houston & Straub, PLLC
P.O. Box 995
Paducah, KY 42002-0995
270-443-4516