# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| IN RE: <br><br> AKSM HOLDINGS, INC. <br><br> Debtor | CASE NO. 09-51148 <br><br> CHAPTER 11 <br><br> HON. THOMAS H. FULTON |

### ORDER GRANTING FIRST AMENDED MOTION TO PERMIT THE BROWN IRREVOCABLE LIFE INSURANCE TRUST DATED 5-23-84 TO LOAN DEBTOR $250,000.00 AS ADDITIONAL WORKING CAPITAL NUNC PRO TUNC

Upon amended motion of the debtor to permit the Brown Irrevocable Life Insurance Trust dated 5-23-84 ("Brown Trust") to loan debtor $250,000.00 as additional working capital and the Court being sufficiently advised, IT IS HEREBY ORDERED as follows:

The Brown Trust is granted permission to loan the debtor $250,000.00 for working capital. The loan shall bear interest at 7 percent, with interest payable monthly. The loan will be considered an administrative expense of the estate. The loan will be repaid through a confirmed plan of the debtor.

The loan will be secured by a second mortgage on the debtor's property known as 2400 Irwin Cobb Drive, Paducah, Kentucky 42003 (the "Property"). The Brown Trust's second mortgage shall be fully subordinate and second to the first priority lien on the Property held by Regions Bank f/k/a Union Planters Bank, NA ("Regions"). Should the Property be sold, whether as an incident to this bankruptcy proceeding or otherwise, Regions' claim shall be satisfied in full before the Brown Trust's claim.

Entered _____.

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated: July 22, 2010

Tendered by:

*/s/   Mark C. Whitlow*
Mark C. Whitlow
WHITLOW, ROBERTS, HOUSTON &
STRAUB, PLLC
Old National Bank Building
300 Broadway
P.O. Box 995
Paducah, KY 42002
Telephone: (270) 443-4516
mwhitlow@whitlow-law.com
Counsel for AKSM Holdings, Inc.